# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

RALPH H. PRENDES,

> *Plaintiff,*

v.                                    CASE NO. 1:15-cv-00171-MP-GRJ

CAROLYN W. COLVIN,

> *Defendant.*

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 23, 2016. ECF No. 16. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed objections on ECF No. 17.  I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted. Plaintiff argues that his chronic pain prohibits him from "perform[ing] most highly skilled of all bench work in a dental lab." ECF No. 17 at 2. However, the Magistrate Judge's report in no way suggests that the Administrative Law Judge required Plaintiff to perform a specific type of

work. Instead, the finding is that Plaintiff has the ability to perform *some*

work. Therefore, the Commissioner's determination that Plaintiff is not

disabled is correct.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.  The Magistrate Judge's Report and Recommendation, ECF No. 16, is adopted and incorporated by reference in this order.

2.  The decision of the Commissioner is **AFFIRMED.**

3.  The clerk is directed to close the file.

**SO ORDERED on September 20, 2016.**

**s/Mark E. Walker**
**United States District Judge**